# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-174-SDD-EWD |
| DAKOTA HUDSON<br>a/k/a "Köwboy" | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING[1] PURSUANT TO
## BAIL REFORM ACT

Upon motion of Defendant Dakota Hudson ("Hudson") to permit counsel additional time to prepare, and without objection from the government,

**IT IS ORDERED** that the detention hearing is **CONTINUED** and **RESET** for **January 8, 2026 at 1:30 p.m.** before United States Magistrate Judge Erin Wilder-Doomes in Courtroom 5 at 777 Florida Street, Baton Rouge, Louisiana. Pending the detention hearing, Hudson shall be held in custody by the United States Marshals Service and produced for the hearing. The arraignment will also be conducted at the hearing.

Signed in Baton Rouge, Louisiana, on December 18, 2025.

                                                      **ERIN WILDER-DOOMES**
                                                      **UNITED STATES MAGISTRATE JUDGE**

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.